AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Michigan

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. |
| | ) | |
| 5472 Schaefer Road | ) | 2:21-mc-50881 |
| Dearborn, Michigan 48126 | ) | Judge: Goldsmith, Mark A. |
| | ) | Filed: 06-17-2021 |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Michigan _____ . *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
>
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
>
> By: *s/ Kristen Castaneda*
>      Deputy

**YOU ARE COMMANDED** to execute this warrant on or before    July 1, 2021 _____    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the presiding United States Magistrate Judge on duty  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    June 17, 2021    9:19 am

City and state:    Detroit, MI

_____
*Judge's signature*

Hon. Patricia T. Morris    U. S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br><br>2:21-mc-50881 | Date and time warrant executed:<br><br>6/22/2021 / 8:20 AM | Copy of warrant and inventory left with:<br><br>Leila Fawaz |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized:<br> See attached inventory report. | | |

| Certification |
|---|

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:   6/25/2021

MICHAEL PEMBERTON
Digitally signed by MICHAEL PEMBERTON
Date: 2021.06.25 14:55:46 -04'00'

*Executing officer's signature*

Michael Pemberton, Special Agent

*Printed name and title*





DEPARTMENT OF HEALTH AND HUMAN SERVICES
## OFFICE OF INSPECTOR GENERAL
OFFICE OF INVESTIGATIONS

**Invetory Report**                                   Date Printed: 6/22/2021
Detroit Field Office (CRO)

**Iris Case #:** Michael Pemberton
**Case Agent:** 519000889

**Item #:** 1        **Org #:** 140172        **OI Item #:** D-1
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 519500-522599 2014
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 2        **Org #:** 140173        **OI Item #:** D-2
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** 546700-549199 SCRIPTS 2015
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 3        **Org #:** 140174        **OI Item #:** D3
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2014-2015
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 4        **Org #:** 140175        **OI Item #:** D-4
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** PRESCRPITONS 2014
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 5          **Org #:** 140176          **OI Item #:** D-5
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2016
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 6          **Org #:** 140177          **OI Item #:** G-6
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** PHARMACY MAIL 2016-2017
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 7          **Org #:** 140178          **OI Item #:** D-7
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 650500-653099 JAN 2018-FEB 2018
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 8          **Org #:** 140179          **OI Item #:** D-8
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 607500-609999
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 9          **Org #:** 140180          **OI Item #:** D-9
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 645700-648199 NOV 2017-DEC 2017
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 10          **Org #:** 140181          **OI Item #:** D-10
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2016 605000-607499
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 11          **Org #:** 140182          **OI Item #:** D-11
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 561500-563699 2015
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 12          **Org #:** 140183          **OI Item #:** D-12
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 662900-665499
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 13          **Org #:** 140184          **OI Item #:** D-13
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2017
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 14          **Org #:** 140185          **OI Item #:** D-14
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** CARDINAL INVOICES 5-9-18 TO 4-2019
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 15          **Org #:** 140186          **OI Item #:** D-15
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPS 636000-638599 2017
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 16          **Org #:** 140187          **OI Item #:** D-16
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2017 630000-631999
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 17          **Org #:** 140188          **OI Item #:** D-17
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 514000-516599
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 18          **Org #:** 140189          **OI Item #:** D-18
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS C595000-C643999 2016-17
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 19          **Org #:** 140190          **OI Item #:** D-19
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 657900-660299 2018
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 20        **Org #:** 140191        **OI Item #:** D-20
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 538600-541399
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 21        **Org #:** 140192        **OI Item #:** D-21
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2019 686600-688999
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 22        **Org #:** 140193        **OI Item #:** D-22
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** PHARMED PHARMACEUTICALS 2018
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 23        **Org #:** 140194        **OI Item #:** D-23
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 653100-655600 FEB 18-MARCH 18
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 24        **Org #:** 140195        **OI Item #:** D-24
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 602700-604999 2016
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 25      **Org #:** 140196      **OI Item #:** D-25
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 487000-650999
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 26      **Org #:** 140197      **OI Item #:** D-26
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2014-2016
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 27      **Org #:** 140198      **OI Item #:** D-27
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS APRIL 2019 695800-696599
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 28      **Org #:** 140199      **OI Item #:** D-28
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015-16 C554000-595999
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 29      **Org #:** 140200      **OI Item #:** D-29
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** DURG PRODUCT RECOALL FORMS
**Status:** Checked In:      Detroit Field Office (CRO)

**Item #:** 30      **Org #:** 140201      **OI Item #:** D-30
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2016
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 31      **Org #:** 140202      **OI Item #:** D-31
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2016
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 32      **Org #:** 140203      **OI Item #:** D-32
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 33      **Org #:** 140204      **OI Item #:** D-33
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2018 648200-650499
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 34      **Org #:** 140205      **OI Item #:** D-34
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS MARCH 2018 655700-657899
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 35 **Org #:** 140206 **OI Item #:** D-35
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 632000-633999 2017
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 36 **Org #:** 140207 **OI Item #:** D-36
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 668000-670999 JUL-AUG 2018
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 37 **Org #:** 140208 **OI Item #:** D-37
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** PATIENT FORMS, FILES
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 38 **Org #:** 140209 **OI Item #:** D-38
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** RECEIPTS-SALES 2014-2019
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 39 **Org #:** 140210 **OI Item #:** D-39
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2014-15
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 40      **Org #:** 140211      **OI Item #:** D-40
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 681700-684199 2018-1/2019
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 41      **Org #:** 140212      **OI Item #:** D-41
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 541400-544299 2014
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 42      **Org #:** 140213      **OI Item #:** D-42
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 43      **Org #:** 140214      **OI Item #:** E-43
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** DRUG MAX
**Room #:**
**Site #:**
**Description:** EMPLOYEE TRAINING, CORP MINUTES (16-17), CONSULTATION LOG, CII INVENTORY
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 44      **Org #:** 140215      **OI Item #:** D-44
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** DRUG MAX
**Room #:**
**Site #:**
**Description:** SCRIPTS 2016
**Status:** Checked In:      Detroit Field Office (CRO)

**Item #:** 45      **Org #:** 140216      **OI Item #:** E-45
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** MIRIXA PRO CASES AND DELIVERY SIGNATURE LOG 2017-18
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 46      **Org #:** 140217      **OI Item #:** D-46
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 638600-640999 2017
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 47      **Org #:** 140218      **OI Item #:** D-47
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 643400-645699 NOV 2017
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 48      **Org #:** 140219      **OI Item #:** D-48
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** LOGS 12/16/15-5/7/16
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 49      **Org #:** 140220      **OI Item #:** D-49
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 50        **Org #:** 140221        **OI Item #:** D-50
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 51        **Org #:** 140222        **OI Item #:** D-51
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2018
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 52        **Org #:** 140223        **OI Item #:** D-52
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 580400-582399 2016
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 53        **Org #:** 140224        **OI Item #:** C-53
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** CHECK STUBS AND PAYROLL DOCS
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 54        **Org #:** 140225        **OI Item #:** D-54
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 55        **Org #:** 140226        **OI Item #:** D-55
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 56        **Org #:** 140227        **OI Item #:** D-56
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** DRUG MAX
**Room #:**
**Site #:**
**Description:** SCRIPTS 582400-584599 2016
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 57        **Org #:** 140228        **OI Item #:** D-57
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2014
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 58        **Org #:** 140229        **OI Item #:** D-58
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2014 536200-538599
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 59        **Org #:** 140230        **OI Item #:** D-59
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 622100-624200 2017
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 60      **Org #:** 140231      **OI Item #:** D-60
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS DEC 2016-17 612500-514999
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 61      **Org #:** 140232      **OI Item #:** D-61
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 62      **Org #:** 140233      **OI Item #:** D-62
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2017
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 63      **Org #:** 140234      **OI Item #:** D-63
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPS APRIL 2019
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 64      **Org #:** 140235      **OI Item #:** D-64
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2016
**Status:** Checked In:      Detroit Field Office (CRO)

**Item #:** 65        **Org #:** 140236        **OI Item #:** D-65
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2016
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 66        **Org #:** 140237        **OI Item #:** D-66
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 67        **Org #:** 140238        **OI Item #:** D-67
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 634000-635999 2017
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 68        **Org #:** 140239        **OI Item #:** D-68
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** AUBURN INVOICES 6/2016
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 69        **Org #:** 140240        **OI Item #:** D-69
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 516600-519499 2014
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 70        **Org #:** 140241        **OI Item #:** D-70
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2018
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 71        **Org #:** 140242        **OI Item #:** D-71
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 684200-686599 2019
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 72        **Org #:** 140243        **OI Item #:** D-72
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 628000-629999
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 73        **Org #:** 140244        **OI Item #:** D73
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 624300-625999 2017
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 74        **Org #:** 140245        **OI Item #:** A-74
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** 2018 DAILY LOGS
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 75        **Org #:** 140246        **OI Item #:** D-75
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2016 584600-586999
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 76        **Org #:** 140247        **OI Item #:** D-76
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2014
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 77        **Org #:** 140248        **OI Item #:** D-77
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2-17-19
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 78        **Org #:** 140249        **OI Item #:** G-78
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** DRUG MAX
**Room #:**
**Site #:**
**Description:** PHARMACY MAIL 2017
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 79        **Org #:** 140250        **OI Item #:** D-79
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2018
**Status:** Checked In:    Detroit Field Office (CRO)

**Item #:** 80      **Org #:** 140251      **OI Item #:** G-80
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** PHARMACY MAIL 2017
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 81      **Org #:** 140252      **OI Item #:** D-81
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2/2019-3/2019
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 82      **Org #:** 140253      **OI Item #:** D-82
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 83      **Org #:** 140254      **OI Item #:** G-83
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** PHARMACY MAIL 2018
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 84      **Org #:** 140255      **OI Item #:** D-84
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** DRUG MAX
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 85        **Org #:** 140256        **OI Item #:** D-85
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2019
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 86        **Org #:** 140257        **OI Item #:** D-86
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2014
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 87        **Org #:** 140258        **OI Item #:** D-87
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2014
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 88        **Org #:** 140259        **OI Item #:** D-88
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** MCKESSON/CARDINAL INVOICES 2018
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 89        **Org #:** 140260        **OI Item #:** D-89
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPS 2015 557900-559699
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 90      **Org #:** 140261      **OI Item #:** D-90
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015-16
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 91      **Org #:** 140262      **OI Item #:** D-91
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2016
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 92      **Org #:** 140263      **OI Item #:** D-92
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2018 673900-676799
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 93      **Org #:** 140264      **OI Item #:** D-93
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2014
**Status:** Checked In:      Detroit Field Office (CRO)


**Item #:** 94      **Org #:** 140265      **OI Item #:** D-94
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015 559700-561499
**Status:** Checked In:      Detroit Field Office (CRO)

**Item #:** 95          **Org #:** 140266          **OI Item #:** D-95
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2018
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 96          **Org #:** 140267          **OI Item #:** D-96
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** DRUG MAX
**Room #:**
**Site #:**
**Description:** SCRIPTS 2018
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 97          **Org #:** 140268          **OI Item #:** D-97
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** GLOBAL INVOICES 12/16-7/18
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 98          **Org #:** 140269          **OI Item #:** G-98
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** PHARMACY MAIL 2017-18
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 99          **Org #:** 140270          **OI Item #:** G-99
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** TAX AND ACCOUNTING RECORDS
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 100        **Org #:** 140271        **OI Item #:** A-100
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** 2O018 DAILY LOGS
**Status:** Checked In:    Detroit Field Office (CRO)


Signature _Michael A Pemberton_                    Date _6/22/2021_



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**OFFICE OF INSPECTOR GENERAL**
OFFICE OF INVESTIGATIONS



**Invetory Report**                                   **Date Printed:** 6/22/2021
Detroit Field Office (CRO)

**Iris Case #:** Michael Pemberton
**Case Agent:** 519000889


**Item #:** 101        **Org #:** 140272        **OI Item #:** D-101
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** SCRIPTS 2015
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 102        **Org #:** 140273        **OI Item #:** E-102
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** CARDINAL HEALTH AND MCKESSON INVOICES 2018-19. COMLIANCE LOG SEPT 2016, DAILY RX CONTROL 2019
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 103        **Org #:** 140274        **OI Item #:** G-103
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** REFILL REMINDER SHEETS 2018-19
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 104        **Org #:** 140275        **OI Item #:** D-104
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** MCKESSON INVICES JAN 2014-15 JUNE 2016
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 105       **Org #:** 140276       **OI Item #:** A-105
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** LETTERS, BILLS
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 106       **Org #:** 140277       **OI Item #:** D-106
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** PATIENT INFO 2017
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 107       **Org #:** 140278       **OI Item #:** D-107
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** DRUG MAX
**Room #:**
**Site #:**
**Description:** GLOBAL INVOICES 2017-18
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 108       **Org #:** 140279       **OI Item #:** D-108
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** MCKESSON/CARDINAL INVOICES 2018
**Status:** Checked In:     Detroit Field Office (CRO)


**Item #:** 109       **Org #:** 140280       **OI Item #:** A-109
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** PRESCRIPTIONS
**Status:** Checked In:     Detroit Field Office (CRO)

**Item #:** 110        **Org #:** 140281        **OI Item #:** D-110
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** OIG EXCLUSION SEARCH RESULTS 2017-18
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 111        **Org #:** 140282        **OI Item #:** F-111
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** NOTBOOK WITH LABELS "OVERSEAS SEPTEMBER 20, 2019 TO PRESENT
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 112        **Org #:** 140283        **OI Item #:** E-112
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** NOTEBOOK WITH LABELS (RED)
**Status:** Checked In:    Detroit Field Office (CRO)


**Item #:** 113        **Org #:** 140284        **OI Item #:** D-113
**Date Received:** 6/22/2021
**Source Obtained From:** Michael Pemberton
**Site Address:** Drug Max, Schaefer Road, Dearborn, MI, USA
**Room #:**
**Site #:**
**Description:** MCKESSON INVOICES 12/12/16-5/8/18
**Status:** Checked In:    Detroit Field Office (CRO)


Signature _Michael A Pemberton_____    Date _6/22/2021_